I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-3-13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM DAVID HAMPTON,

    Petitioner,

vs.

RALPH DIAZ, Warden,

    Respondent.

Case No. CV 13-2178-JLS (JPR)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 12/02/13

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY